UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARISSA SANTIAGO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERRIMAN RIVER ASSOCIATES, LLC,<br><br>Defendant. | Case No. 3:17-cv-02054-VAB |

## MOTION FOR ADMISSION OF VISITING LAWYER

Pursuant to D. Conn. L. Civ. R. 83.1(d)1, the undersigned counsel, Jonathan M. Shapiro, a member of the Bar of this Court, respectfully moves the Court for the admission of Attorney Kevin Abramowicz of the law firm Carlson Lynch Sweet Kilpela & Carpenter, LLP, to appear as a visiting lawyer to represent the plaintiff, Marissa Santiago, individually and on behalf of all others similarly situated, ("Plaintiff"), in this action. In support of this motion, the undersigned states as follows:

1. Attorney Abramowicz is an associate attorney in the law firm of Carlson Lynch Sweet Kilpela & Carpenter, LLP, with an office address located at 1133 Penn Avenue, 5th Floor, Pittsburgh, PA 15222.

2. Attorney Abramowicz is a member in good standing of the Bar of the State of Pennsylvania (320659), and the United States District Courts for the Western District of Pennsylvania, the United States Court of Appeals for the Third Circuit, and the United States Court of Appeals for the Fifth Circuit.

3. Attorney Abramowicz has never been denied admission or disciplined by this Court or any other court nor does he have any pending disciplinary complaints as to which a

finding has been made that such complaint should proceed to a hearing. He has not been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

4. Attorney Abramowicz has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut and the Connecticut Rules of Professional Conduct.

5. The undersigned, Jonathan M. Shapiro, is a member of Shapiro Law Offices, LLC, a member in good standing of the Bar of the State of Connecticut, and a member in good standing of the Bar of this Court. Shapiro Law Offices, LLC has been retained to represent Plaintiff in the above-captioned matter. Attorney Shapiro hereby consents to his designation as local counsel in Connecticut. Attorney Shapiro agrees to be immediately and readily available to this Court and opposing counsel/parties for communications regarding the conduct of this case and for service of pleadings and papers upon them.

6. This motion is accompanied by an affidavit, duly sworn and executed, by Attorney Abramowicz, respectively in accordance with D. Conn. L. Civ. R. 83.1(d)1.

7. Payment to the Clerk of the fee in the amount of $75 each for the admission of Attorney Abramowicz as a visiting lawyer, as required by Local Rule 83.1(d)(3), accompanies this motion.

WHEREFORE, the undersigned respectfully requests that Attorney Kevin Abramowicz be admitted to appear as a visiting lawyer to represent Plaintiff in this action.

Dated: March 13, 2018 SHAPIRO LAW OFFICES, LLC

/s/ Jonathan M. Shapiro
Jonathan M. Shapiro (ct24075)
32 Washington Street
Middletown, Connecticut 06457
Telephone: (860) 347-3325
Facsimile: (860) 347-3874
Email: jshapiro@shapirolawofficesct.com

*Attorney for Plaintiff,*
Marissa Santiago, individually and on behalf of all others similarly situated

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the date set forth below a copy of the foregoing was served by CMECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                  /s/ Jonathan M. Shapiro
                  Jonathan M. Shapiro